**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-7903**

UNITED STATES OF AMERICA,

　　　　　　　　Plaintiff - Appellee,

　　　v.

BARRY LEWIS MATTHEWS,

　　　　　　　　Defendant - Appellant.

Appeal from the United States District Court for the Western District of Virginia, at Lynchburg. James C. Turk, Senior District Judge. (6:94-cr-70077-JCT-1)

Submitted: December 16, 2008　　　Decided: December 29, 2008

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Barry Lewis Matthews, Appellant Pro Se. Donald Ray Wolthuis, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Barry Lewis Matthews appeals the district court's orders denying his motion for reduction of sentence, 18 U.S.C. § 3582 (2000), and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Matthews, No. 6:94-cr-70077-JCT-1 (W.D. Va. May 1, 2008; Aug. 19, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2